

# OFFICE OF THE PROPERTY APPRAISER

## Summary Report

Generated On : 12/1/2015

| Property Information | |
|---|---|
| Folio: | 30-2107-003-0120 |
| Property Address: | 4841 NW 181 TER<br>Miami, FL 33055-2914 |
| Owner | FEDERAL HOME LOAN MORTGAGE CORP |
| Mailing Address | 8200 JONES BRANCH DR<br>MCLEAN, FL 22102 USA |
| Primary Zone | 0100 SINGLE FAMILY - GENERAL |
| Primary Land Use | 0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT |
| Beds / Baths / Half | 3 / 2 / 0 |
| Floors | 1 |
| Living Units | 1 |
| Actual Area | Sq.Ft |
| Living Area | Sq.Ft |
| Adjusted Area | 1,242 Sq.Ft |
| Lot Size | 8,800 Sq.Ft |
| Year Built | 1958 |

| Assessment Information | | | |
|---|---|---|---|
| Year | 2015 | 2014 | 2013 |
| Land Value | $37,250 | $29,946 | $24,103 |
| Building Value | $75,648 | $69,293 | $56,778 |
| XF Value | $440 | $440 | $440 |
| Market Value | $113,338 | $99,679 | $81,321 |
| Assessed Value | $83,200 | $82,540 | $81,321 |

| Benefits Information | | | | |
|---|---|---|---|---|
| Benefit | Type | 2015 | 2014 | 2013 |
| Save Our Homes Cap | Assessment Reduction | $30,138 | $17,139 | |
| Homestead | Exemption | $25,000 | $25,000 | $25,000 |
| Second Homestead | Exemption | $25,000 | $25,000 | $25,000 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

| Short Legal Description |
|---|
| 7 52 41 |
| CAROL CITY 3RD ADDN PB 65-93 |
| LOT 12 BLK 84 |
| LOT SIZE 80.000 X 110 |
| OR 19531-3856 0301 1 |



2015 Aerial Photography    200ft

| Taxable Value Information | | | |
|---|---|---|---|
| | 2015 | 2014 | 2013 |
| **County** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $33,200 | $32,540 | $31,321 |
| **School Board** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $58,200 | $57,540 | $56,321 |
| **City** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $0 | $0 | $0 |
| **Regional** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $33,200 | $32,540 | $31,321 |

| Sales Information | | | |
|---|---|---|---|
| Previous Sale | Price | OR Book-Page | Qualification Description |
| 05/01/2015 | $0 | 29608-1710 | Financial inst or "In Lieu of Forclosure" stated |
| 08/01/2007 | $315,000 | 26230-3880 | Sales which are qualified |
| 03/01/2001 | $112,000 | 19531-3856 | Sales which are qualified |
| 11/01/1998 | $0 | 18356-3178 | Sales which are disqualified as a result of examination of the deed |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version: