UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                              Case No.: 15-29786-LMI
                                                                                                         Chapter 7
Lazaro Macias and
Miladys Valdes,

      Debtor.
_____/

**FEDERAL HOME LOAN MORTGAGE CORPORATION (FHLMC)'S
MOTION FOR RELIEF FROM AUTOMATIC STAY TO
ENFORCE FINAL JUDGMENT OF FORECLOSURE**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Any interested party who fails to file and serve a written response to this motion within 14 days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1(C), be deemed to have consented to the entry of an order granting the relief requested in this motion.**

FEDERAL HOME LOAN MORTGAGE CORPORATION (FHLMC) (the "Secured Creditor"), its successors and/or assigns, as a secured creditor of the bankruptcy estate of Lazaro Macias and Miladys Valdes (the "Debtors"), seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d), and in support thereof, states as follows:

1. <u>Debtor's Bankruptcy Case</u>. On November 9, 2015, the Debtor filed the above-captioned Chapter 7 bankruptcy case.

2. <u>Jurisdiction</u>. Jurisdiction of this matter is properly before this Court pursuant to 28 U.S.C. § 1334 and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure.

3. <u>Collateral</u>. Secured Creditor is entitled to enforce the Note and Mortgage, which are secured by the real property (the "Property") located at 4841 NW 181st Terrace, Miami Gardens, FL 33055, and further described as follows:

LOT 12, BLOCK 84, THIRD ADDITION TO CAROL CITY, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 65, PAGE 93, OF PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

Property address: 4841 NW 181ST TER, MIAMI GARDENS, FL 33055

4. <u>Secured Creditor's Claim</u>. Secured Creditor is owed an outstanding principal balance of $431,191.49, plus applicable interest, penalties, fees and costs.

5. <u>Foreclosure Proceedings</u>. As a result of Debtor's failure to make the monthly payments due under the Note and Mortgage, Secured Creditor commenced a foreclosure action against the Debtor in the case captioned <u>JPMorgan Chase Bank, National Association vs. Lazaro Maccias, Miladys Valdes, et al.,</u> Case No. 13-2014-CA-001944, in the 11th Judicial Circuit, in and for Miami-Dade County, Florida. On June 11, 2014, a Final Judgment of Foreclosure was entered in the amount of $450,474.61. A copy of the Final Judgment is attached hereto as **Exhibit A**. On May 1, 2015, a Certificate of Title was issued, a copy of which is attached hereto as **Exhibit B**.

6. <u>Relief Requested</u>. Secured Creditor requests the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362(d) to permit Secured Creditor to enforce all of its <u>in rem</u> remedies against the Property pursuant to the Note and Mortgage. The requested relief should be granted for the following reasons:

- The Debtor is not the current record owner of the Property, as evidenced by the Certificate of Title, which lists Secured Creditor as grantee;

- The Debtor has no equity in the Property, as evidenced by the County Property Appraiser, which lists the value of the Property at $113,338.00. This amount is less than the outstanding amount due to Secured Creditor pursuant to the Note and Mortgage. A copy of the valuation is attached hereto as **Exhibit C**;

- The Property has not been claimed exempt by the Debtor;

- Since the instant case is a Chapter 7 bankruptcy, the Property is not necessary to an effective reorganization;

- Interest continues to accrue; and

- Property taxes continue to accrue.

9. <u>Request for Attorney's Fees and Costs</u>.  Secured Creditor requests attorney's fees in the amount of $850.00 and costs in the amount of $176.00, as a result of filing the instant motion.

                                              McCALLA RAYMER, LLC

By:    /s/ Cynthia M. Talton
Cynthia M Talton
Florida Bar No. 784281
Attorney for Creditor
225 E. Robinson Street, Suite 660
Orlando, FL 32801
Phone:  407-674-1659
Email:  CMT@mccallaraymer.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 10, 2015, a true and correct copy of the foregoing was served by U.S. Mail, First Class, and/or electronic transmission to: Lazaro Macias, 4841 NW 181 Street, Opa Locka, FL 33055; Miladys Valdes, 4841 NW 181 Street, Opa Locka, FL 33055; and those parties receiving CM/ECF service.

By:    /s/ Cynthia M. Talton
Cynthia M. Talton

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Barry E Mukamal**    bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Robert Sanchez**    court@bankruptcyclinic.com, courtECFmail@gmail.com