LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
110 S.E. 6th Street, Suite 2400
<u>Ft. Lauderdale, FL 33301</u>
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

December 14, 2015

Clerk, United States Bankruptcy Court
C. Clyde Atkins United States Courthouse
301 North Miami Avenue, Room 150
Miami, FL 33128

## **REQUEST FOR SERVICE OF NOTICES**

RE:

| | |
|---|---|
| Debtor(s) | Lazaro Macias and Miladys Valdes |
| Case Number | 15-29786 |
| Chapter | 7 |
| Secured Creditor | Federal Home Loan Mortgage Corporation |
| Loan Number | XXXXX8384 |
| Property Address | 4841 NW 181st Terrace, Miami Gardens, FL 33055 |

Dear Sir / Madam:

    Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

    Federal Home Loan Mortgage Corporation
    c/o McCALLA RAYMER, LLC
    Bankruptcy Department
    110 S.E. 6th Street, Suite 2400
    Ft. Lauderdale, FL 33301

    Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

    We appreciate your courtesy in this matter.   If you have any questions, please do not hesitate to call me.

    Very Truly Yours,

    /s/ Ashley Prager Popowitz
    c/o McCALLA RAYMER, LLC
    110 S.E. 6th Street, Suite 2400
    Ft. Lauderdale, FL 33301
    Phone: 754-263-1065
    Email: alp@mccallaraymer.com
    Attorney Bar No: 72341