

**ORDERED in the Southern District of Florida on January 14, 2016.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                  Case No.: 15-29786-LMI
                                                                        Chapter 7
Lazaro Macias and
Miladys Valdes,

      Debtor.
_____/

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY TO ENFORCE FINAL JUDGMENT OF FORECLOSURE FILED BY FEDERAL HOME LOAN MORTGAGE CORPORATION (FHLMC)

**THIS CASE** came before the Court upon the Motion for Relief from Automatic Stay to Enforce Final Judgment of Foreclosure filed on negative notice by Federal Home Loan Mortgage Corporation (FHLMC) (the "Secured Creditor") (Doc. No. 18), and the movant by submitting this form of order having represented that the motion was served on all parties required by Local Rule 4001-1, that the 14-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the motion, and the relief to be granted in this order is the identical relief requested in the motion, it is

**ORDERED:**

1. The Motion is granted, effective February 8, 2016.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Secured Creditor's interest in the real property located at 4841 NW 181st Terrace, Miami Gardens, FL 33055 (the "Property"), legally described as:

> LOT 12, BLOCK 84, THIRD ADDITION TO CAROL CITY, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 65, PAGE 93, OF PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.
>
> Property address: 4841 NW 181st TER, MIAMI GARDENS, FL 33055

3. The relief granted here permits Secured Creditor, its successors and/or assigns, to seek and obtain an *in rem* judgment against the Property only and does not permit Secured Creditor to seek or obtain *in personam* relief against the Debtors.

4. The relief granted here permits Secured Creditor, its successors and/or assigns, to commence and/or continue through judgment, sale, certificate of title and possession, a foreclosure against the Property described above.

###

**Submitted by:**
Ashley Prager Popowitz, Esq.
McCalla Raymer, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone:  (754) 263-1065
Fax:  (754) 263-1065
Email: alp@mccallaraymer.com

Attorney Popowitz is directed to serve copies of this order on all interested parties and to file a certificate of service as required under Local Rule 2002-1(F).

- Lazaro Macias, 4841 NW 181 Street, Opa Locka, FL 33055

- Miladys Valdes, 4841 NW 181 Street, Opa Locka, FL 33055
- Robert Sanchez, Esq. - *served via ECF Notification*
- Barry E. Mukamal, Trustee - *served via ECF Notification*
- United States Trustee - *served via ECF Notification*

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Barry E Mukamal**   bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Robert Sanchez**   court@bankruptcyclinic.com, courtECFmail@gmail.com